IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DARYL JAMES BRYANT,

      Appellant,

v.

Case No.    5D21-2592
LT Case No. 2018-CF-003674-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court for
Marion County,
Steven G. Rogers, Judge.

Matthew J. Metz, Public Defender, and
Robert J. Pearce, III, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.